2024R00324/LDK



**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

FILED

OCT 2 2 2025

AT 8:30 _2:15_ P M _JR_
CLERK, U.S. DISTRICT COURT - DNJ

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon.   (KSH) |
| | : | |
| v. | : | Crim. No. 25- 662 |
| | : | |
| RUBEN DARIEL RODRIGUEZ-VENTURA | : | 18 U.S.C. §§ 1591(a)(1), (b)(2), and (c) |

**I N D I C T M E N T**

The Grand Jury in and for the District of New Jersey, sitting at Newark, charges as follows:

From in or around June 2022 through in or around December 2023, in Bergen County, in the District of New Jersey and elsewhere, the defendant,

**RUBEN DARIEL RODRIGUEZ-VENTURA,**

did knowingly recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, and solicit, by any means, in and affecting interstate commerce, Minor Victim-1, after having had a reasonable opportunity to observe Minor Victim-1, and knowing and in reckless disregard of the fact that Minor Victim-1 had not attained the age of 18 years and would be caused to engage in a commercial sex act.

In violation of Title 18, United States Code, Sections 1591(a)(1), (b)(2) and (c).

## FORFEITURE ALLEGATION

Upon conviction of the offense in violation of Title 18, United States Code, Section 1591 charged in this Indictment, the defendant, RUBEN DARIEL RODRIGUEZ-VENTURA, shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 1594(d) and 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), all of his right, title, and interest in any property, real or personal, that was involved in, used, or intended to be used to commit or to facilitate the commission of such offense; and any property, real or personal, constituting or derived from proceeds the defendant, RUBEN DARIEL RODRIGUEZ-VENTURA, obtained, directly or indirectly, as a result of such offense; and all property traceable to such property.

## SUBSTITUTE ASSETS PROVISION

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

      a.  cannot be located upon the exercise of due diligence;

      b.  has been transferred or sold to, or deposited with, a third party;

      c.  has been placed beyond the jurisdiction of the court;

      d.  has been substantially diminished in value; or

      e.  has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described above.

A TRUE BILL

FOREPERSON

TODD BLANCHE
U.S. Deputy Attorney General

/s/ *Alina Habba* / bah
ALINA HABBA
Acting United States Attorney
Special Attorney

Lauren Kober
Assistant United States Attorney

3

CASE NUMBER: 25-___662 (KSH)___

# United States District Court
# District of New Jersey

### UNITED STATES OF AMERICA

v.

### RUBEN DARIEL RODRIGUEZ VENTURA

## INDICTMENT FOR

### 18 U.S.C. §§ 1591(a)(1), (b)(2), and (c)



A True Bill

Foreperson

TODD BLANCHE
U.S. DEPUTY ATTORNEY GENERAL

ALINA HABBA
ACTING UNITED STATES ATTORNEY
SPECIAL ATTORNEY
FOR THE DISTRICT OF NEW JERSEY

LAUREN D. KOBER
ASSISTANT U.S. ATTORNEY
NEWARK, NEW JERSEY
973-645-6104